**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-7506

---

ALDRICH HUNTER,

Plaintiff - Appellant,

versus

CORRECTIONAL MEDICAL SERVICES,

Defendant - Appellee,

and

RALPH V. LOGAN, Warden,

Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-99-1419-AW)

---

Submitted: January 20, 2000      Decided: January 28, 2000

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aldrich Hunter, Appellant Pro Se. Philip Melton Andrews, Michael Evan Blumenfeld, KRAMON & GRAHAM, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aldrich Hunter appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Hunter v. Correctional Medical Servs.</u>, No. CA-99-1419-AW (D. Md. Aug. 26, 1999; Sept. 28, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order denying Hunter's motion for reconsideration is marked as "filed" on Sept. 27, 1999, the district court's records show that it was entered on the docket sheet on Sept. 28, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).